# MEMORANDUM CASES.

[L. A. No. 2483.    Department One.—June 13, 1910.]

## JOHN H. ENGEBRETSEN, Respondent, v. JOHN H. GAY et al., Appellants.

STREET ASSESSMENT—VALID CONTRACT—DAMAGE BY CONTRACTOR—PUBLICATION.—*Held*, in this case, that the same questions are involved as in the case of *Gay* v. *Engebretsen*, (L. A. No. 2455), *ante*, p. 21, [109 Pac. 876]; and the judgment in this case is affirmed on the authority of that case.

APPEAL from a judgment of the Superior Court of San Diego County. W. R. Guy, Judge.

The facts are the same as those involved in L. A. No. 2455, *ante*, p. 21.

L. L. Boone, for Appellants.

Haines & Haines, for Respondent.

THE COURT.—Appeal from a judgment foreclosing the lien of a street assessment. The questions involved are the same as those disposed of in *Gay* v. *Engebretsen*, (L. A. No. 2455), *ante*, p. 21, [109 Pac. 876], and the authority of that case requires an affirmance of the judgment.

Judgment affirmed.

[L. A. No. 2484.    Department One.—June 13, 1910.]

## JOHN H. ENGEBRETSEN, Respondent, v. JOHN H. GAY et al., Appellants.

STREET ASSESSMENT—VALID CONTRACT—DAMAGE BY CONTRACTOR—PUBLICATION.—*Held*, in this case the same questions are involved as in the case of *Gay* v. *Engebretsen*, (L. A. No. 2455), *ante*, p. 21, [109 Pac. 876]; and the judgment in this case is affirmed on the authority of that case.

APPEAL from a judgment of the Superior Court of San Diego County. W. R. Guy, Judge.

The facts are the same as those involved in L. A. No. 2455, *ante*, p. 21.

L. L. Boone, for Appellants.

Haines & Haines, for Respondent.

THE COURT.—Appeal from a judgment foreclosing the lien of a street assessment. The questions involved are the same as those disposed of in *Gay* v. *Engebretsen*, (L. A. No. 2455), *ante*, p. 21, [109 Pac. 876], and the authority of that case requires an affirmance of the judgment.

Judgment affirmed.